IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   Case No. 1:16cr16-MW/GRJ

JOHN H. CHASTAIN,

    Defendant/Petitioner,
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 69. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's "Motion for Leave to Withdraw § 2255(f)(3)…", ECF No. 68, is **GRANTED**. Petitioner's motion to vacate, set aside, or correct sentence, ECF No. 60, is **DISMISSED with prejudice**." The Clerk shall also close the file.

**SO ORDERED on November 19, 2019.**

                                        **s/Mark E. Walker      **
                                        **Chief United States District Judge**